## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | * |
| | *   Chapter 13 |
| Robert Blevins | * |
| Rose Blevins | * |
| | * |
| | *   Case No. 11-70874 |
| Debtor(s). | * |

### OBJECTION TO PROOF OF CLAIM 4 FILED BY ASSET ACCEPTANCE, LLC IN THE AMOUNT OF $2,386.13

COME(S) NOW the Debtor(s), by and through his/her/their attorney of record, and objects to Proof of Claim #4 filed by  in the amount of $2,386.13 for the following reasons:

1.

The document the creditor provided failed to show an assignment of debt.

WHEREFORE, DEBTOR(S) PRAY(S):

(a)   That the claim be disallowed; and
(c)   For such other and further relief as this court deems just and proper.

/s/ Orson Woodall
Orson Woodall
Attorney for Debtor(s)

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775040

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

Robert Blevins　　　　　　　　　　　　　　　*　CHAPTER 13
Rose Blevins　　　　　　　　　　　　　　　　*　CASE NO. 11-70874
　　　Debtor.　　　　　　　　　　　　　　　*

**NOTICE**

The Debtor(s) in the above captioned case having filed an Objection to Proof of Claim.

<u>YOUR RIGHTS MAY BE AFFECTED.</u> YOU SHOULD READ THESES PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

If you do not want the court to grant the Objection to Proof of Claim or if you want the Court to consider your views on the Objection to Proof of Claim, then you or your attorney must file with the Court a written request to the United States Bankruptcy Court for the Middle District of Georgia, P.O. Box 2147, Columbus, GA 31902 for a hearing on or before November 21, 2011, and must serve a copy of said objection upon the attorney for the Debtor(s), and a copy upon the Trustee.

If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any request for a hearing must also be mailed to the moving party and upon all other persons indicated on the certificate of service attached to this pleading.

If you or your Attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

If any objections are filed, a hearing will be held on December 21, 2011 at 8:30 a.m. in the U.S. Courthouse and Post Office, North Patterson St., Valdosta, GA 31601.

CERTIFICATE OF SERVICE

　　　I certify that I have, this 20th day of October, 2011, served a copy of the foregoing Notice and Objection to Proof of Claim on Kristin Hurst, Chapter 13 Trustee, P.O. Box 1907, Columbus, GA 31902-1907;

Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090

　　　by depositing the same in the U.S. Mail in a properly addressed envelope with first class postage affixed thereon to insure delivery.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Woodall
　　　　　　　　　　　　　　　　　　　　　　　　　　WilliamWoodall, Attorney for Debtor

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775043