## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 11-70874 |
| Robert Blevins | * | |
| Rose Blevins | * | CHAPTER 13 |

## WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM #4
## FOR ASSET ACCEPTANCE

COME NOW THE DEBTOR(S) by and through his/her/their Attorney and Withdraws his/her/their Objection to Proof of Claim #4 for ASSET ACCEPTANCE without prejudice.

This 15th day of December , 2011

### CERTIFICATE OF SERVICE

I hereby certify that I have, this date, served a copy of the foregoing Withdrawal Of Objection to Proof of Claim #4 on the following:

ASSET ACCEPTANCE
P.O. Box 2036
Warren, MI 48090

and on on the Chapter 13 Trustee Kristin Hurst, P.O. Box 1907 Columbus, GA 31902-1097 by deposting same in the United States Mail with sufficient postage affixed thereon to insure delivery.

This 15th day of December, 2011.

/s/ William Woodall
William Woodall

1003 N. Patterson St.
P.O. Box 3335
Valdosta, GA 31604-3335
(229) 247-1211
Georgia Bar No. 775043